```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                          CASE NO. 07 B 16990
   STEVEN A REESE
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-0356


 -----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
 -----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.  The case was filed on 09/18/07 .

    2.  The case was dismissed without confirmation, 01/04/2008.

    3.  The Debtor paid a total of $    1237.00 .

    4.  The Trustee made disbursements to creditors as follows:


 -----------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
 -----------------------------------------------------------------------------
 WELLS FARGO HOME MTGE    CURRENT MORTG          .00            .00            .00
 WELLS FARGO HOME MTGE    MORTGAGE ARRE    NOT FILED            .00            .00
 CITIFINANCIAL AUTO       SECURED VEHIC          .00            .00        1100.00
 INTERNAL REVENUE SERVICE PRIORITY         NOT FILED            .00            .00
 AMERICREDIT FINANCIAL    UNSECURED        NOT FILED            .00            .00
 US DEPT OF EDUCATION     UNSECURED        NOT FILED            .00            .00
 NICOR GAS                UNSECURED        NOT FILED            .00            .00
           Summary of disbursements:
 -----------------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
 -----------------------------------------------------------------------------
 TOTAL CLMS ALLOWED       .00         .00         .00         .00           .00
 PRINCIPAL PAID       1100.00         .00         .00         .00       1100.00
 INTEREST PAID            .00         .00         .00         .00           .00
 TOTAL PAID           1100.00         .00         .00         .00       1100.00
 The Debtor's attorney, PRO SE DEBTOR              , was allowed $        .00
 and was paid $         .00 .

 The Trustee received $      51.83 .

 Refunds to the Debtor totaled $     85.17 .

     Wherefore, the Trustee requests an order be entered discharging
 the Trustee and the surety on his bond from any further liability
 in this case.



     Dated: 04/16/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
CASE NO. 07 B 16990 STEVEN A REESE
```